## WHITE v. STATE.

(Court of Criminal Appeals of Texas. May 1, 1912.)

BAIL (§ 64*)—RECOGNIZANCE ON APPEAL— TIME OF ENTRY.

A recognizance must be entered in open court in term time, and cannot be entered 10 days after adjournment.

[Ed. Note.—For other cases, see Bail, Cent. Dig. § 278; Dec. Dig. § 64.*]

Appeal from Dallas County Court at Law: W. F. Whitehurst, Judge.

Leon Carl White was convicted of an offense, and he appeals. Appeal dismissed.

Fannin & Underwood, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Motion of the Assistant Attorney General to dismiss the appeal must be sustained. The recognizance was not entered into until 10 days after the adjournment of court. This was too late. This obligation must be entered into in term time and in open court.

The appeal is dismissed.